RECEIVED
SDNY PRO SE OFFICE

2022 MAY 23   PM 2: 52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**COMPLAINT**

James A Greene

Jury Trial Demanded

_____

Plaintiff

-against-

MEGAN PETE P/K/A MEGAN THEE STALLION
ANTHONY WHITE AKA  J White Did IT
BEYONCE KNOWLES-CARTER
1501 CERTIFIED ENTERTAINMENT
300 ENTERTAINMENT
WARNER MUSIC GROUP CORP

**22 CV 04220**

_____

Defendants
-------------------------------------------------------------------X

## COMPLAINT FOR INFRINGEMENT OF COPYRIGHT

Plaintiff, James A Greene, *pro se*, hereby bring action against Defendants, MEGAN PETE, ANTHONY

WHITE, BEYONCE KNOWLES CARTER, 1501 CERTIFIED ENTERTAINMENT, 300 ENTERTAINMENT,

WARNER MUSIC GROUP arising from allege as follows:

## NATURE OF ACTION

1    This Copyright Infringement action arises from defendants' unauthorized reproduction,

distribution and/or public performance of Plaintiff's copyrighted musical composition/sound

recording "Its About To Be On".

2    Plaintiff, James A Greene aka Father Time 4000 MBP, who is a music producer, produced an

instrumental music composition/sound recording, titled "Its About To Be On" in circa 2000. The

music composition was distributed throughout the music industry to A&R's, management teams, etc.

Years later Plaintiff created multiple CD's as Beat Mix Tapes and his music was circulated throughout

the streets of New York and music industry. After learning some of his music was being infringed

Plaintiff began to Copyright his music as early as 2004. In 2012 Plaintiff started posting his music on social media platforms, such as You Tube and Daily Motion. In 2015 Plaintiff registered and copyrighted an instrumental album titled The Big Score "Soundtrack Music" with U.S. Copyright Office. The album contained 12 tracks, "Its About To Be On" is the 2nd sound recording copyrighted on the album. Copyright Registrations number  SRu 1-210-744, Plaintiff owns exclusive rights to the sound recording.

3    On March 6, 2020, defendants MEGAN PETE p/k/a Megan Thee Stallion, 1501 CERTIFIED ENTERTAINMENT and 300 ENTERTAINMENT, released her third single, song titled "Savage" from her EP SUGA. The song "Savage" was later remixed and featured, the one and only Queen BEYONCE KNOWLES-CARTER. The song "Savage" reached tremendous success worldwide, gain multi-Platinum status and won a Grammy. The song was produced by ANTHONY WHITE aka J White Did It, a native of Leavenworth, Kansas who spent time early on in his career in the Bronx of New York. While staying in the Bronx he was taught how to make Hip Hop Beats and mentored by Klenord Shaft Raphael, who was affiliated with the music industry. During this time Plaintiff's music was in circulation and anyone associated with the music industry like Klenord Raphael, could have had access to Plaintiff's music.

4    The copyright infringement is based on the similarities of music of the song "Savage" produced by ANTHONY WHITE and the music of "Its About To Be On" produced by James A Greene.

5    The music from song "Savage" is clearly "derivative work", reproduction, a recreation of Plaintiff's music composition/sound recording "Its About To Be On".

6    The similarities consist of drum pattern, piano note pattern, siren sounds and has the same core expression.

-2-

7    The instruments sounds differ a little considering the times of production. "Its About To Be On" which was produced at the end of an analog sound era and "Savage" was produced in the now digital sound era.

8    The difference in the siren sounds is the type of siren that was used. The siren used in "Its About To Be On" is more of a traditional siren, in "Savage" the siren was played like a warning safety siren, but the expression of the sirens are the same ideas.

9    The only other difference is the tempo, "Savage" was slowed down to 84.50 bpm to accommodate todays sound and "Its About To Be On" is 95 bpm, which was somewhat an average tempo when created. When both music compositions are at the same tempo, the two compositions sound exactly the same and both compositions are merely in the same music key, B-chord and G sharp minor (G#m). Which is demonstrated in the Virtual DJ video on usb drive presented to defendants with Copyright Infringement Notice. (SEE ATTACHMENTS, EXHIBIT 1&3, keyboard diagram)

10    When demonstrated in Virtual DJ both music compositions were played together on top of each other at the same time and same bpm. When listening the average listener and any expert would think it is one composition playing.

11    Despite the small differences in the tempo, both compositions share "substantial similarities" as in cases like **[Swirsky v. Carey, 376 F.3d 841, 844 (9th Cir. 2004)]** also **[Williams v. Gaye, No. 15-56880 (9th Cir. 2018)]** and share the same expression of idea throughout the whole composition. See **(Mattel, Inc. v. MGA Entm't, Inc., 616 F.3d 904, 913–14 (9th Cir. 2010))**.

12      Whether if the infringement was done intentionally or unintentionally, consciously or

unconsciously, defendants clearly recreated and reproduced the copyrighted music of Plaintiff's

sound recording "Its About To Be On" without authorization and profited financially worldwide.

13      On April 22, 2022, Plaintiff mailed by way of USPS certified mail, a Copyright Infringement

Notice with an Opportunity to Cure and a usb drive, attached to notice with Virtual DJ video

demonstrations to all defendants. Within a week, defendants were notified by April 29, 2022.

14      The Notice was mail to WARNER MUSIC GROUP, 3000 ENTERTAINMENT, 1501 CERTIFIED

ENTERTAINMENT, PARKWOOD ENTERTAINMENT, MILK & HONEY MANAGEMENT and ROC NATION

MANAGEMENT, which are the Record Labels and management companies of defendants.

15      The Notice was also emailed to Brad Hancock and Diana Miranda of Holland & Knight LLP, who

are believed to be the attorney representatives of MEGAN PETE.

16      Plaintiff gave defendants 10 days to Cure or Respond in Good Faith to the Notice. Neither

defendant nor representatives of defendants responded to Notice in Good Faith. (SEE ATTACHMENTS

EXHIBIT 1 and EXHIBIT 4 for certified mail receipts)

## JURISTICTION AND VENUE

17      This is a civil action seeking damages and injunctive relief for copyright infringement under the

copyright laws of the United States, 17U.S.C. § 101 *et seq.*

18      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question

jurisdiction) and 28 U.S.C. § 1338(a) (jurisdiction over copyright actions)

19    Venue is proper under 28 U.S.C. § 1391(c), because 300 ENTERTAINMENT and WARNER

MUSIC GROUP is subject to the personal jurisdiction of the Southern District of New York.

20    Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) because 300 ENTERTAINMENT

and WARNER MUSIC GROUP has its place of business in the Southern District of New York.

21    The other defendants, MEGAN PETE, BEYONCE KNOWLES-CARTER, ANTHONY WHITE and

1501 CERTIFIED ENTERTAINMENT are properly joined under Fed. R. Civ. P 20(a)(2)

22    The Court has personal jurisdiction as the place of business of 300 ENTERTAINMENT and

WARNER MUSIC GROUP is in the Southern District of New York.

## **PARTIES**

23    Plaintiff, James A Greene aka Father Time 4000 MBP is music producer, an individual and

resides in the Bronx of New York, personal address is confidential. Tel: 347.499-3898. Contact

information for service, C/O Grayson Walker/Notary Public 1865B E Tremont Ave. Bronx, New York

10460.

24    Defendant No. 1, MEGAN PETE p/k/a MEGAN THEE STALLION is a recording artist, an

individual and is a citizen of the State of Texas. Her personal address is confidential. Last known

Representative Attorney, Holland & Knight LLP, address 811 Main Street, Suite 2500, Houston, Texas

77002, Tel: 713.244-6866. Management is known to be ROC NATION MANAGEMENT, address 9348

Civic Center Drive, Beverly Hills, CA 90210, Tel: 310. 867-7000.

25    Defendant No. 2, ANTHONY WHITE aka J White Did IT is a music producer an individual,

address Unknown, believed to be a citizen of the state of Kansas.Management, Milk & Honey

Management, address 6100 Wilshire Blvd suite# 1260 Los Angeles, CA 90048, Tel: 323.452-0033.

26    Defendant No. 3, BEYONCE KNOWLES-CARTER is a recording artist, an individual, address is

Confidential, believed to be a citizen of the state of Texas, place of business and Representatives,

PARKWOOD ENTERTAINMENT, address 15260 Ventura Blvd, suite #2100 Sherman Oaks, CA 91403.

27    Defendant No. 4, 1501 CERTIFIED ENTERTAINMENT, LLC, is a limited liability company with

its place of business at 207 Reinerman St. Houston, Texas 77007, Tel: 832.623-6832.

Registered Agent is Carl Crawford, registered address is 15618 Bristol Lake Drive, Houston, Texas

77007.

28    Defendant No. 5, 300 ENTERTAINMENT is a limited liability company now owned by WARNER

MUSIC GROUP. Principle place of business is 112 Madison Ave. 4th Floor New York, New York

10016. Registered Agent is Roger Gold.

29    Defendant No. 6, Warner Music Group is a record company based in California and New York

and is the parent company of 300 ENTERTAINMENT. Place of business is at 777 S. Santa Fe Avenue,

Los Angeles, CA 90021, Tel: 818. 846-9090. Its New York address is Paramount Plaza, 1633

Broadway New York, New York 10019, Tel: 212 275-4952

## STATEMENT OF CLAIM

30    Plaintiff, James A Greene aka Father Time 4000 MBP, being duly and sworn, depose and say the

following:

31    Plaintiff, James A Greene reserves and own all rights to sound recording titled "It's About To Be

On", that was first created in year (circa) 2000 and registered with Copyright Office on April 16, 2015

and protected under the 1976 U.S. Copyright Act, Titles 17 U.S. Code § 501.

32    The Soung Recording "It's About To Be On" is filed under Copyright Registration # SRu 1 -210-

744 and is exclusively own by Plaintiff.

33    According to U.S. Copyright ACT Titled 17 Section 106-122, Plaintiff is granted the exclusive

rights:

(a) To reproduce the copyrighted work in copies or phonorecords.

(b) The right to prepare derivative works based upon the copyrighted work.

(C) The right to distribute copies or phonorecords of the copyrighted work to the public by sale or

other transfer of ownership, or by rental, lease, or lending.

(d) The right to perform the copyrighted work publicly (If the work is a literary, musical, dramatic,

choreographic, pantomimes, pictorial, graphic, sculptural, motion pictures or other audio/visual

works).

(e) The right to display the copyrighted work publicly (If the work is a literary, musical, dramatic,

choreographic, pantomimes, pictorial, graphic, sculptural, motion pictures or other audio/visual

works).

(f) The right to perform the copyrighted work publicly by means of a digital audio transmission.

34    Plaintiff, hereby bring action against defendants MEGAN PETE, ANTHONY WHITE, BEYONCE

KNOWLES-CARTER, 1501 CERTIFIED ENTERTAINMENT, 300 ENTERTAINMENT, and WARNER

MUSIC GROUP arising from the following violations as follows:

A.    Titles 17 U.S. Code § 501 - **Infringement of copyright**

B.    Titles 17 U.S. Code § 106 - **Exclusive rights in copyrighted works**

C.    Titles 17 U.S. Code § 602 - **Infringing Importation or exportation of copies or phonorecords**

D.    Titles 17 U.S. Code § 504 - **Remedies for infringement: Damages and Profits**

E.    Titles 17 U.S. Code § 506 – **Criminal Offenses**

F.    Titles 17 U.S. Code § 2319 – **Criminal infringement of a copyright**

G.    Titles 17 U.S. Code § 102 – **Subject matter of copyright**

H.    Titles 17 U.S. Code § 201 – **Ownership of copyright**

I.    Titles 17 U.S. Code § 1003 – **Obligation to make royalty payments**

J.    Titles 17 U.S. Code § 1006 – **Entitlement to royalty payments**

K.    Titles 17 U.S. Code § 1007 – **Procedures for distributing royalty payments**

L.    Titles 17 U.S. Code § 1101 - **Unauthorized fixation and trafficking in sound recordings and music videos**

M.    Public Policy, Public Trust, The United States Constitution and Bill of
Rights

## STATEMENT OF FACTS

35    Plaintiff, James A Greene aka Father Time 4000 MBP, created the sound recording titled "Its About To Be On" in (circa)2000.

36    Plaintiff, is the author of sound recording titled "Its About To Be On", and has, at all times been the sole owner of the sound recording and retains all rights of recreation, reproduction, sampling, distribution, stream, perform, sell, lend or lease.

37    Plaintiff registered the sound recording titled "Its About To Be On", with a collection of sound recordings as an instrumental album titled The Big Score "Soundtrack Music", with the United States

-8-

Copyright Office on April 16, 2015.  Copyright Registration # SRu 1-210-744. (SEE ATTACHMENTS for copyright registrations EXHIBIT2).

38    On March 6, 2020, defendants MEGAN PETE, 1501 CERTIFIED ENTERTAINMENT, 300 ENTERTAINMENT released the recording single, song titled "Savage" produced by ANTHONY WHITE and later released a remix to the song featuring, BEYONCE KNOWLES-CARTER.

39    Defendant's music recording "Savage" has undeniable "substantial similarities" to Plaintiff's sound recording "Its About To Be On" and share the same expression of idea throughout.

40    Defendant's music recording "Savage" sounds clearly like a recreation or a reproduce version of Plaintiff's sound recording "Its About To Be On", which violates Titles 17 U.S. Code § 501 - Infringement of copyright.

41    Defendants recreated, reproduced, streamed, performed, used, published and sold their version of Plaintiff's sound recording worldwide for financial gain without authorization or any form of agreement with Plaintiff.

42    Plaintiff has not been credited or received any royalties or any other financial benefits for the recreation and reproduction of Plaintiff's sound recording.

43    Plaintiff's Copyrighted Sound Recording is directly infringed each time defendant's song "Savage" is played or streamed on any platform.

44    Plaintiff's Copyrighted Sound Recording is directly infringed each time the song "Savage" is performed by defendants on stage in concert or any other platform defendants may have perform the song on.

45    Plaintiff's Copyrighted Sound Recording is directly infringed each time a recording of defendant's song "Savage" is reproduced, distributed or sold.

46    As a direct and proximate result of defendant's infringements of Plaintiffs' copyrights and

exclusive rights under copyright, Plaintiff is entitled to damages and entitled to defendant's profits

pursuant to 17 U.S.C. § 504 for each infringement made worldwide on each and all platforms.

47    Plaintiff sent Infringement of Copyright notices with an opportunity to cure, to all defendants by

USPS certified mail. (See Attachments, EXHIBIT 1)

48    Defendants has ignored the allegations and not yet responded or contact Plaintiff to address this

matter.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully requests in Good Faith, that this Court:

A.    For entry of judgment against defendants for all damages to which Plaintiff may be entitled,

including defendant's profits and for damages in an amount as may be proven at trial. Alternatively, at

Plaintiff's election, for the maximum statutory damages amount allowed by law for all individual

copyright infringements involved in this action with respect to any one work, or for such other

amount as may be proper pursuant to 17 U.S.C. § 504.

B.    For a permanent injunction enjoining defendants and their respective officers, agents,

servants, employees, attorneys, successors, licensees, partners, and assigns, and all persons acting in

concert or participation with each or any of them, from (a) directly or indirectly infringing in any

manner any of Plaintiff's respective copyrights or other exclusive rights (whether now in existence or

hereafter created), including without limitation, copyrights or exclusive rights under copyright in the

Copyrighted Sound Recording, and (b) causing, contributing to, enabling, facilitating, or participating

in the infringement of any of Plaintiff's respective copyrights or other exclusive rights (whether now

in existence or hereafter created), including without limitation, copyrights or exclusive rights under

copyright in the Copyrighted Sound Recording.

C.      That Plaintiff receives writers' credit on behalf of the music productions of defendant's song "Savage" and to be included on any awards, accolades, events of prestige and/or other public recognition attributed to song "Savage" by defendants.

D.      That Plaintiff, James A Greene be granted such other and further relief as the Court may deem just and proper.

E.      Defendants pay for all legal fees and attorney fees, if Plaintiff decides to hire attorney.

**Ledgering** for unauthorized recreation, reproduction of sound recording, the violations of Plaintiff's unalienable rights, Public Policy, Public Trust, United Staes Constitution, Bill of Rights and **Titles 17 U.S. Code § 501, 17 U.S. Code § 106, 17 U.S. Code § 504, 17 U.S. Code § 602, 17 U.S. Code § 506, 17 U.S. Code § 102, 17 U.S. Code § 201, 17 U.S. Code § 2319, 17 U.S. Code § 1101, 17 U.S. Code § 1003, 17 U.S. Code § 1006, 17 U.S. Code § 1007.**

## REMEDIES

1    Monetary Compensation for the sum of Four Million U.S. Dollars ($4,000,000.00).

2    25% of the Publishing Rights to defendant's song entitled "Savage".

3    The Royalty rate of 0.12%.

4    10% of all revenue accumulated, pertaining to shows performed, such as concert venues, TV performances etc.

5    Co/writers credit.

Surety for the value of this complaint is utilized to guarantee that defendants in this matter effects the relief and assure the remedy of this complaint in Good Faith. If defendants are insufficient for coverage of payments, then public hazard bonds of defendants are seized to satisfy any remaining value. If the bonds of defendants are insufficient for coverage, the assets of the defendants will be utilized as follows the real and removable property and bank and savings accounts of defendants.

## ATTACHMENTS INCLUDES

XHIBIT 1, Copyright Infringement Notice

XHIBIT 2, Copy of Copyright Registrations

XHIBIT 3, Keyboard and Chords Diagram

XHIBIT 4, Copy of USPS certified mail receipts.

## JURY TRIAL DEMAND

The Plaintiff Demands a trial by jury on all issues.

Respectfully,

Secured Party/James A Greene, *Sur Juris*

Tel: 347.449-3898

C/O Grayson Walker/*Notary Public*

1865B E. Tremont Ave.

Bronx, New York 10460

Subscribed before me, Date 5/19/2022

Notary

GRAYSON WALKER
Notary Public, State of New York
Reg. No. 01WA4682628
Qualified in Westchester County
Commission Expires 04/30/2023

-13-

## COPYRIGHT INFRINGMENT NOTICE AND OPPORTUNITY TO CURE
## FOR SETTLEMENT AGREEMENT ONLY

Parties; James A Greene/Claimant
      Tele;(347) 449-3898
      C/O Grayson Walker/ Notary Public
      1865B E. Tremont Ave
      Bronx, New York 10460

Parties;300 Entertainment/Debtor
      112 Madison Ave 4th Floor
      New York, New York 10016
      Tele; (212) 865-1498

      1501 Certified Entertainment/Debtor
      207 Reinerman St.
      Houston, Tx 77007
      Tele; (832) 623.6832

      Atlantic Records/Warner Music Group/
      Warner Chappell Music, Inc./Debtor
      777 S. Santa Fe Avenue
      Los Angeles, CA 90021
      New York, NY 10019
      Tele; (212) 275-4952

      Megan Pete aka Megan Thee Stallion/Debtor
      Roc Nation Management
      9348 Civic Center Drive
      Beverly Hills, CA 90210
      Tele; (310) 867-7000

      Beyonce Knowles Carter/Debtor
      Parkwood Entertainment
      15260 Ventura Blvd, suite#2100
      Sherman Oaks, CA 91403

      Anthony Jermaine White aka Producer J White Did It/Debtor
      Milk & Honey Management
      6100 Wilshire Blvd # 1260
      Los Angeles, California 90048
      Tele; (323) 452- 0033

1

2 of 4
Exhibit 1

## NOTICE

This Notice is to inform ALL parties/debtors involve listed above, that I, James A Greene aka Father Time 4000 MBP reserves and own all rights to sound recording titled "It's About To Be On", that was first created in the year of 2000 and registered with Copyright Office on April 16, 2015 and protected under the 1976 U.S. Copyright Act.

For the last 2 years since March of 2020, All Parties/debtors listed above has benefited financially from unauthorize use of my copyrighted work titled "It's About To Be On". The work that infringes my work is titled "Savage" by Megan Thee Stallion and "Savage Remix" Featuring Beyonce, which is fundamentally a recreation of "It's About To Be On" and is filed under Copyright Registration # SRu 1-210-744.

The U.S. Copyright ACT Title 17 of U.S. Code, Section 102(a) protection extends to "original works of authorship fixed in any tangible of medium expression, now known or later developed, from which they can be perceived, reproduced or otherwise communicated, either directly or with the aid of a machine or device" such as:
1. Literary works
2. Musical works, including any accompanying words
3. Drama works, including any accompanying music
4. Pantomimes and choreographics works
5. Pictorial, graphic and sculptural works
6. Motion pictures and other audio/visual works
7. Sound Recordings
8. Architectural works

In addition, U.S. Copyright ACT Titled 17 Section 106-122 grants the following exclusive rights to copyright holders:
1. The right to reproduce the copyrighted work in copies or phonorecords;
2. The right to prepare derivative works based upon the copyrighted work;
3. The right to distribute copies or phonorecords of the copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending;
4. The right to perform the copyrighted work publicly (If the work is a literary, musical, dramatic, choreographic, pantomimes, pictorial, graphic, sculptural, motion pictures or other audio/visual works);
5. The right to display the copyrighted work publicly (If the work is a literary, musical, dramatic, choreographic, pantomimes, pictorial, graphic, sculptural, motion pictures or other audio/visual works);
6. The right to perform the copyrighted work publicly by means of a digital audio transmission.

2

3 OF 4
Exhibit 1

To ALL parties listed above, have not sought or requested permission/authorization to use nor reproduce, sample, distribute, stream, perform, sell, lend or lease my copyrighted work entitled "It's About To Be On", you are hereby Notified to have the opportunity to cure the claims and unlawful acts of Copyright Infringement.

To All Parties, it is not my wish to seek legal recourse, or to destroy one's reputation, however failure to settle this matter in GOOD FAITH will leave me no alternative but to proceed to file a civil action suit in Federal Court.

Statements Of Claim and Allegations

In (circa) year 2000, James A Greene aka Producer Father Time produced a Hip Hop Music Beat/Sound Recording, which he entitled "It's About To Be On". During this time Father Time's Music Compositions was being shopped and distributed throughout the music industry to various Managements, A&R's and Record Labels for placements. As a result, Father Time's music compositions were being infringed and recreated by various producers in the music industry. After learning his music compositions can be Copyright as sound recordings, James A Greene aka Father Time started Copyrighting his music and later registering multiple music compositions he created with The Library of Congress Copyright Office. In 2015 "Its About to Be On" was registered along with other music compositions/sound recordings on Father Time's instrumental album Titled "The Big Score/Soundtrack Music". After Copyright Registrations, the music was distributed to various Management Teams, and Record Label Associates. The music was publicly access by way of Beat Mix Tapes on CD's and also shared on Social Media Platforms such as You Tube and Daily Motion.

On March 6, 2020, Megan Thee Stallion released her third single, song titled "Savage" from her EP SUGA by 1501 Certified Entertainment and 300 Entertainment. The song was Produced by Jermaine White aka J White Did It, who is a producer with strong ties in New York. While being mentored by Klenord Shaft Raphael, he learned how to produce Hip Hop beats in the Bronx of New York, where Producer Father Time's music compositions were being circulated the most by way of Beat Mix Tapes on CD's. It was highly possible for anybody affiliated with the music industry to have access to Father Time's Music.

The music composition produced by J White Did It, for the song "Savage" has undeniable similarities to Father Time's music composition "It's About To Be On" and it is clearly a recreation of the original composition. Both compositions are nearly in the same key, B Chord and G#m. The similarities include drum pattern, Piano sequence pattern, melody, and background siren sound. The only difference is the Savage composition has been slowed down to a slower 84.50BPM to accommodate today's Trap Music Style. When "It's About To Be On" is slowed down to the same BPM as the "Savage" track, the similarities are almost identical, (as demonstrated in the Virtual DJ video attached). For "substantial similarities" see **[Swirsky v. Carey, 376 F.3d 841, 844 (9th Cir. 2004)]** also **[Williams v. Gaye, No. 15-56880 (9th Cir. 2018)]**

3

-16-



In many cases music might have similarities but still differ, but in this case when the BPM for both tracks are the same, the track is merely identical, whether if the infringement was done intentionally or unintentionally, consciously or unconsciously, the expression of idea is the same throughout the composition, which infringes the copyrights of original version "It's About To Be On" by Father Time. **(Mattel, Inc. v. MGA Entm't, Inc., 616 F.3d 904, 913-14 (9th Cir. 2010)).**

**Remedy:** This remedy is for settlement agreement only.

For the violations of The U.S. Copyright ACT Title 17 of U.S. Code, to be settled in Good Faith.
1. Monetary Compensation of One Million U.S. Dollars ($1,000,000.00)
2. The Royalty rate of 0.091 Cents
3. 25% Publishing Rights
4. Co/Writers Credit
5. Further negotiations with Artist and Record Labels pertaining to submission of new works and future placements.

**Attachments:**

1. Copyright Registrations.

2. MP3 Copy of Both Music Compositions on USB Drive.

3. Virtual DJ Mix comparison video of Both Compositions on USB Drive.

4. Beat Mix Tape CD Cover.

5. B Chord and G#m comparison

Wherefore All Parties involved have undeniable knowledge and have ten (10) days to respond or execute remedy. Enclosed, the undersigned James A Greene aka Father Time 4000 MBP, herewith expects remedy and this matter settled immediately in Good Faith.

**Respectfully,**

_____

**Surety/Principal/Secured Party/James A Greene,** *Sur Juris*

**Agent, Power Of Attorney in fact**

C/O Grayson Walker/ Notary Public

    1865B E. Tremont Ave

    Bronx, New York 10460

**Subscribed before me, Date** _____ **NOTARY** _____

GRAYSON WALKER
Notary Public, State of New York
Reg. No. 01WA4682628
Qualified in Westchester County
Commission Expires 04/30/2023

EXHIBIT 2 A

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**SRu 1-210-744**

**Effective Date of Registration:**
April 16, 2015

*Maria A. Pallante*

Register of Copyrights, United States of America

## Title

| | |
|---|---|
| **Title of Work:** | The Big Score |
| **Content Title:** | Makin Moves |
| | It's About To Be On |
| | Be On The Look Out |
| | It's Getting 2 Deep |
| | Ride On Em |
| | A Killer's Revenge |
| | From PM To The AM |
| | It's Goin Down Tonite |
| | Trouble On The Horizon |
| | Overdose |
| | Danger Awaits You |
| | Well, That's The Way Life Goes |

## Completion/Publication

**Year of Completion:** 2012

## Author

| | |
|---|---|
| **Author:** | James Anthony Greene |
| **Author Created:** | sound recording |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |
| **Year Born:** | |

## Copyright Claimant

**Copyright Claimant:** James Anthony Greene

Page 1 of 2

Exhibit 2B

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | sound recording |
| **Previous registration and year:** | SR0000759239, 2015 |
| **New material included in claim:** | sound recording |

## Rights and Permissions

| | |
|---|---|
| **Name:** | James Anthony Greene |
| **Email:** | antgreene@msn.com |
| **Telephone:** | |
| **Alt. Telephone:** | |

## Certification

| | |
|---|---|
| **Name:** | James Anthony Greene |
| **Date:** | April 16, 2015 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Unpublished Collection |
| | Regarding previous registration: registration number added from C.O. records |

ExhiBiT3

Chords Comparison.jpg



## SAVAGE CHORDS



It's About To Be On   Chords

# EXHIBIT 4





**Exhibit 4b**

Tracking Number: 70220410000012928365

**Status**

☑ **Delivered, Individual Picked Up at Postal Facility**

Your item was picked up at a postal facility at 7:43 am on April 29, 2022 in SHERMAN OAKS, CA 91413.

April 29, 2022 at 7:43 am
SHERMAN OAKS, CA 91413

USPS Tracking Plus® Available ∨

Tracking Number: 70220410000012928372

**Status**

☑ **Delivered, Front Desk/Reception/Mail Room**

Your item was delivered to the front desk, reception area, or mail room at 2:46 pm on May 2, 2022 in BEVERLY HILLS, CA 90210.

May 2, 2022 at 2:46 pm
BEVERLY HILLS, CA 90210

USPS Tracking Plus® Available ∨

Tracking Number: 70220410000012928419

**Status**

☑ **Delivered, Front Desk/Reception/Mail Room**

Your item was delivered to the front desk, reception area, or mail room at 1:37 pm on April 26, 2022 in NEW YORK, NY 10016.

April 26, 2022 at 1:37 pm
NEW YORK, NY 10016

USPS Tracking Plus® Available ∨

Tracking Number: 70220410000012928341

**Status**

☑ **Delivered, Front Desk/Reception/Mail Room**

Your item was delivered to the front desk, reception area, or mail room at 12:09 pm on April 25, 2022 in LOS ANGELES, CA 90048.

April 25, 2022 at 12:09 pm
LOS ANGELES, CA 90048

USPS Tracking Plus® Available ∨

Tracking Number: 70220410000012928396

**Status**

☑ **Delivered, Left with Individual**

Your item was delivered to an individual at the address at 6:13 pm on April 26, 2022 in HOUSTON, TX 77007.

April 26, 2022 at 6:13 pm
HOUSTON, TX 77007

USPS Tracking Plus® Available ∨

Get Updates ∨

Tracking Number: 70220410000012928358

**Status**

☑ **Delivered, Front Desk/Reception/Mail Room**

Your item was delivered to the front desk, reception area, or mail room at 3:55 pm on April 25, 2022 in LOS ANGELES, CA 90021.

April 25, 2022 at 3:55 pm
LOS ANGELES, CA 90021

USPS Tracking Plus® Available ∨