**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JAMES A. GREENE,

                Plaintiff,                22 **CIVIL** 4220(PAE)(SN)

    -against-                        **JUDGMENT**

MEGAN PETE *ET AL.*,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated February 16, 2023, the Court accepts and adopts Judge Netburn's January 3, 2023 Report and Recommendation in its entirety and dismisses Greene's complaint without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      February 17, 2023

                                      **RUBY J. KRAJICK**

                                   _____
                                      **Clerk of Court**

         **BY:**

                                      _____
                                      **Deputy Clerk**